DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHANE JOHNSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1327

[March 5, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 19-000165-CF10A.

Carey Haughwout, Public Defender, and Ian Seldin, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***